IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA WELLS                                                                                            PLAINTIFF

vs.                                    Civil No. 6:11-cv-06067

MICHAEL J. ASTRUE                                                        DEFENDANT
Commissioner, Social Security Administration

## **J U D G M E N T**

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).  Further, Plaintiff's Motion For Summary Judgment (ECF No. 17) is **DENIED**.

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED this 19th day of September, 2011.**

                                                                      /s/  Barry A. Bryant
                                                                      HON. BARRY A. BRYANT
                                                                      U. S. MAGISTRATE JUDGE